# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Tacha, Deanell R. | United States Court of Appeals Tenth Circuit | May 9, 2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge (Active) | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/07 to 12/31/07 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 643 Massachusetts St., Suite 301 Lawrence, KS 66044-2292 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. See Attachment #1 | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY 19 A 10: 15 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Tacha, Deanell R. | May 9, 2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. See Attachment #2 | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. See Attachment #2 | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. See Attachment #3 | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tacha, Deanell R. | May 9, 2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[X]    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ]    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. See Attachment #4 | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tacha, Deanell R. | May 9, 2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. See Attachment #5 | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tacha, Deanell R. | May 9, 2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Tacha, Deanell R. | May 9, 2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

**FINANCIAL DISCLOSURE REPORT** (Cont'd)     Tacha, Deanell R.     May 9, 2008

## I. POSITIONS.

| Position | Name of Organization/Entity |
|---|---|
| Board of Trustees | Saint Paul School of Theology |
| Board of Directors | Kansas Health Foundation |
| Adjunct Faculty | Duke University School of Law |
| Board of Trustees | Kansas University Endowment Association |
| Board of Trustees, President | American Inns of Court |
| Stockholder & Manager | Reece Family Liability Corporation |
| Stockholder | Reece Family Agricultural Liability Corp. |
| Chair | Lawrence/Douglas County Heritage Area Committee |

**FINANCIAL DISCLOSURE REPORT** (Cont'd)     Tacha, Deanell R.     May 9, 2008

## III. NON-INVESTMENT INCOME.

| Date | Source and Type | Gross Income |
|------|-----------------|--------------|

A. Filer's Non-Investment Income.

| Date | Source and Type | Gross Income |
|------|-----------------|--------------|
| 11/06-11/07/06 | Nova Southeastern University, teaching & writing fee<br>NOTE:  This is the second half of payment which was received in May 2007.  The first half of payment ($5,000) was listed on last year's Report. | $5,000.00 |
| 11/16-11/17/07 | Duke University School of Law, teaching fee | $4,500.00 |

B.  Spouse's Non-Investment Income.

| 2007 | Bureau of Lectures and Concert Artists | Salary |
|------|----------------------------------------|--------|

**FINANCIAL DISCLOSURE REPORT** (Cont'd)     Tacha, Deanell R.     May 9, 2008

## IV. REIMBURSEMENTS AND GIFTS.

| Source | Description |
|---|---|
| Stanford Law School Symposium on Global Constitutionalism Stanford, CA February 16-17, 2007 | Air fare, lodging and meals |
| Indiana School of Law Moot Court Bloomington, IN February 23-24, 2007 | Air fare, ground transportation, lodging and meals |
| Michigan Law School Moot Court Ann Arbor, MI March 28-30, 2007 | Air fare, ground transportation, lodging and meals |
| Rule of Law Conference University of Richmond Richmond, VA April 11-14, 2007 | Air fare, ground transportation and meals |
| ACTL Canada-United States Legal Exchange Washington, D.C. and Richmond, VA April 15-20, 2007 | Air fare, ground transportation and meals |
| BYU Law School Commencement Provo, UT April 27, 2007 | Air fare, ground transportation and meals |
| American Inns of Court 11th Circuit Professionalism Award Atlanta, GA May 3-4, 2007 | Air fare, ground transportation, lodging and meals |

**FINANCIAL DISCLOSURE REPORT** (Cont'd)     Tacha, Deanell R.     May 9, 2008

## IV. REIMBURSEMENTS AND GIFTS.

Source                                    Description

Devitt Award Committee                    Air Fare, ground transportation,
American Judicature Society                and meals
Washington, D.C.
June 1-2, 2007

Joint Utah Inns of Court Meeting          Air fare, ground transportation,
Salt Lake City, UT                         lodging and meals
June 14, 2007

Knoxville Bar Association                 Air fare, ground transportation,
Supreme Court Dinner                       and meals
Knoxville, TN
September 5-6, 2007

Devitt Award Presentation                 Air fare, ground transportation,
American Judicature Society                and meals
Houston, TX
September 20-21, 2007

American Inns of Court                    Ground transportation ane meals
Foundation Board Meeting
Washington, D.C.
October 19-21, 2007

National Association of                   Air fare, ground transportation,
 Women Judges Annual Meeting               and meals
Philadelphia, PA
November 7-8, 2007

**FINANCIAL DISCLOSURE REPORT** (Cont'd)     Tacha, Deanell R.     May 9, 2008

## VI. LIABILITIES

| Creditor | Description | Value Code* |
|---|---|---|
| University National Bank | Business Loan | L |
| Sallie Mae | Student Loans | L |
| Emprise Bank | Real Estate Loan | M |

| *Value Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | | P2=$5,000,001-$25,000,000 | |
| | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more | | | |

**FINANCIAL DISCLOSURE REPORT** (Cont'd)     Tacha, Deanell R.     May 9, 2008

## VII.  INVESTMENTS and TRUSTS – income, value, transactions

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure* | B.<br>Income during<br>reporting period | | C.<br>Gross value<br>at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code1<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code2<br>(J-P) | (2)<br>Value<br>Method<br>Code3<br>(Q-W) | (1)<br>Type<br>(e.g.,<br>buy, sell,<br>merger,<br>redemption) | If not exempt<br>(2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code2<br>(J-P) | from disclosure<br>(4)<br>Gain<br>Code1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1   Putnam Vista Funds - IRA | B | Div. | L | T | | | | | |
| 2   Putnam Voyager Funds - IRA | B | Div. | L | T | | | | | |
| 3   TIAA Retirement Fund | D | Div. | K | W | | | | | |
| 4   Trust – Value and assets unknown to me--no income, beneficiary upon death | | | | | | | | | |
| 5   Putnam Global Growth IRA Fund | B | Div. | K | T | | | | | |
| 6   Putnam Global Growth IRA Funds | B | Div. | K | T | | | | | |
| 7   Bureau of Lectures & Concert Artists (sole stockholder) | A-except salary | Int. | M | U | | | | | |
| 8   Reece Family, L.C. | | None | M | U | | | | | |
| 9   Real Estate-Dec. Co | B | Rent | K | W | | | | | |
| 10   Reece Family Agriculture, L.C. | | None | K | U | | | | | |
| 11   Real Estate Hays, Ellis County, KS | | None | L | W | | | | | |
| 12   MSDW International Value Equity Fund IRA | | None | K | T | | | | | |
| 13   MSIF Mid Cap Growth IRA | | None | J | T | | | | | |
| 14   MSIF US Small Cap VLU IRA | | None | K | T | | | | | |

**FINANCIAL DISCLOSURE REPORT** (Cont'd)      Tacha, Deanell R.      May 9, 2008

## VII.  INVESTMENTS and TRUSTS – income, value, transactions

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If not exempt (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code1 (A-H) | from disclosure (5) Identity of buyer/seller (if private transaction) |
| | | | | | | | | | |
| 15   MSDW Equally Weighted S&P 500 IRA | | None | J | T | | | | | |
| 16   MSDW S&P 500 Index IRA | | None | K | T | | | | | |
| 17   MSDW Mid Cap Value IRA | | None | J | T | | | | | |
| 18   Van Kampen Comstock IRA | | None | K | T | | | | | |
| 19   MSIF Core Fixed Inc IRA | | None | J | T | | | | | |
| 20   MSIF Active Intern'l Alloc. IRA | | Dividend | K | T | Part. Sale | 3/22//07 | K | B | Dean Witter |
| 21   MSIF US Real Estate Portfolio IRA | | None | J | T | | | | | |
| 22   MS Focus Growth Fund | | None | K | T | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G= $100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,00 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |